IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PLAZA DELI, INC. d/b/a | ) | CIVIL ACTION NO. |
| PLAZA CATERING and DISCOVERY CAFE, | ) | 1:20-cv-11241 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAUTILUS INSURANCE COMPANY, | ) | |
|     Defendant. | ) | |

**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**
**(FED. R. CIV. P. 41(a)(1)(A)(i))**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff voluntarily dismisses this action without prejudice, specifically reserving its right to refile at a later date.

Respectfully submitted,
Plaza Deli, Inc. d/b/a Plaza Catering and Discovery Cafe,
By its attorneys,

/s/ Kathy Jo Cook
Kathy Jo Cook, BBO# 631389
kjcook@kjclawfirm.com
/s/ John T Martin
John T. Martin, BBO# 676344
jmartin@kjclawfirm.com
/s/ Benjamin H. Duggan
Benjamin H. Duggan, BBO# 684981
bduggan@kjclawfirm.com
KJC Law Firm, LLC
10 Tremont Street, 6th Floor
Boston, MA 02108
617-720-8447

CERTIFICATE OF SERVICE

    I, Benjamin H. Duggan, hereby certify that on this 23rd day of September, 2020, I served the foregoing document on all counsel of record via ECF.

                                        /s/ Benjamin H. Duggan
                                        Benjamin H. Duggan